# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-950-ABJ-PAC

RONALD R. SCHROEDER,

       Plaintiff,

v.

ZITA L. WEINSHIENK, as an individual, U.S. District Court Judge, an Attorney at law, member Colorado Bar Association, member American Bar Association;
MARQ J. WARNER, as an individual, an attorney at law, member of Colorado Bar Association and member of American Bar Association;
 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO;
JOHN AND/OR MARY DOE(S) individually, and as employees of the Jury Commission of United States District of Colorado;
JURY COMMISSION OF THE UNITED STATES DISTRICT OF COLORADO;
JAMES MANSPEAKER, as individual, as attorney at law and as Clerk of the Court of the U.S. District of Colorado;
OFFICE OF THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT OF COLORADO;
JAMES BREDAR, as individual, attorney at law, member of Colorado Bar Association, member of American Bar Association and as employee and/or contracted employee of United States Federal Public Defenders Office of District of Colorado;
COLORADO BAR ASSOCIATION;
MICHAEL KATZ;
AMERICAN BAR ASSOCIATION;
UNITED STATES ATTORNEY OFFICE FOR DISTRICT OF COLORADO;
DEPARTMENT OF JUSTICE;
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
UNITED STATES OF AMERICA;
STATE OF COLORADO;

       Defendants.

**ORDER GRANTING STATE DEFENDANTS' MOTION FOR ATTORNEY FEES**

This matter came before the Court upon review of the "State Defendants' Motion for Attorney Fees" filed August 4, 2003 in the above captioned matter.  No objection has been filed by plaintiff or any of the other parties to this litigation, objecting to the application for

attorney's fees by the state defendants. The Court has reviewed the motion and finds that the fees requested are reasonable and should be awarded, pursuant to this Court's July 28, 2003 "Order Adopting Report and Recommendation of Magistrate Judge" (Docket No. 54) in which the Court sanctioned plaintiff by requiring him to pay all of the defendants' reasonable attorney's fees in defense of this matter. Accordingly, it is therefore

**ORDERED** that the "State Defendants' Motion for Attorney Fees" shall be, and hereby is, **GRANTED. It is further**

**ORDERED** that the state defendants shall be, and are awarded the total amount of $3,762.50 as and for reasonable attorney's fees incurred in defense of this litigation.

Dated this 27th day of February, 2006.

                                           _____s/Alan B. Johnson___
                                    UNITED STATES DISTRICT JUDGE
                                             BY DESIGNATION